UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO JOSE MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER PENA, et al.,<br><br>    Defendants. | Case No. 21-cv-00683-JCS<br>*Also Filed in Case No. 20-cv-02082-WHO*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

    As stated in a separate report and recommendation, the undersigned has concluded that Plaintiff Rigoberto Jose Moreno's claims in *Moreno v. Pena*, No. 21-cv-00683-JCS (N.D. Cal.), are barred by the judgment entered in *Moreno v. Brettkelly*, No. 20-cv-02082-WHO (N.D. Cal.) and therefore warrant dismissal under 28 U.S.C. 1915(e)(2)(B). This case, *Moreno v. Pena*, is therefore referred sua sponte to the Honorable William Orrick under Civil Local Rule 3-12(c) to determine whether it is related to *Moreno v. Brettkelly*.

    If Judge Orrick determines that the cases are related, *Moreno v. Pena* will be reassigned to him for all purposes (including action on the recommendation for dismissal). If Judge Orrick determines that the cases are not related, *Moreno v. Pena* will be reassigned to a randomly selected district judge for all purposes (including action on the recommendation for dismissal) because not all parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Moreno may file a statement supporting or opposing finding the cases related no later than May 14, 2021. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: May 10, 2021

                                                      JOSEPH C. SPERO<br>                                                      Chief Magistrate Judge